IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRETT F. WOODS and KATHLEEN VALDES,

    Plaintiffs,

v.   No. 12-cv-1327 KBM/LAM

STANDARD INSURANCE CO.,
MARTHA QUINTANA,
and STATE OF NEW MEXICO
GENERAL SERVICES DEPARTMENT,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   November 23, 2015, at 1:30 p.m.

**Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **November 23, 2015, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.