IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BRETT F. WOODS and KATHLEEN VALDES,**

    Plaintiffs,

v.                                                  No. 12-cv-1327 KBM/LAM

**STANDARD INSURANCE CO.,**
**MARTHA QUINTANA,**
**and STATE OF NEW MEXICO**
**GENERAL SERVICES DEPARTMENT,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    February 2, 2016 at 1:30 p.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **February 2, 2016, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.